## JOHN HOFFMAN *versus* WHITMORE KNAGGS

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Special bail, declaration filed, rule to plead, continued *p. 450; (2) cognovit, judgment *p. 498; (3) settled out of court *p. 662.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration.
*Office Docket*, MS p. 12, c. 16; p. 36, c. 13.

## PAUL DUFOUR, ALIAS DEUFFO, *versus* WILLIAM THORN

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Special bail *p. 451; (2) declaration filed, rule to plead, continued *p. 456; (3) settled out of court *p. 662.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration.
*Office Docket*, MS p. 11, c. 14; p. 36, c. 11.

## JOSEPH LOVELAND AND GEORGE W. SELBY, MERCHANTS IN COMPANY UNDER THE FIRM OF JOSEPH LOVE-LAND & CO., *versus* JEAN BAPTISTE COUTURE

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) Appearance, appearance bail discharged, motion to quash writ *p. 454; (2) motion to quash withdrawn *p. 463; (3) continued *p. 474; (4) writ quashed *p. 528.
PAPERS IN FILE: (1) Capias and return; (2) declaration; (3) promissory note.
*Office Docket*, MS p. 22, c. 46; p. 39, c. 27.